NOVEMBER TERM, 1916. 331

*90 N. J. L.* Opportunity Sales Co. v. Edwards, Comptroller.

OPPORTUNITY SALES COMPANY, APPELLANT, v. EDWARD I. EDWARDS, COMPTROLLER OF THE TREASURY, AND THOMAS F. MARTIN, SECRETARY OF STATE, RESPONDENTS.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Supreme Court.

For the respondents, *John W. Wescott,* attorney-general.

For the appellant, *McDermott & Enright.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* of this court in *American Woolen Co.* v. *Edward I. Edwards et al.,* No. 121 of this term (*ante p.* 293).

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 13.

*For reversal*—None.